**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE CASTRO,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | Case No. EDCV 15-1094 JAK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections.[1] After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

---

[1] The Court grants Petitioner's Application for an Extension of Time in which to file Objections, (Dkt. No. 56), insofar as the Court has considered the late-filed Objections.

Petitioner also moves to stay decision in this action pursuant to Rhines v. Weber, 544 U.S. 269 (2005), so that he may return to state court to exhaust additional claims not raised in his Petition. (Dkt. No. 58). Having reviewed Petitioner's Motion to Stay, the Court concludes that Petitioner has not demonstrated that the Court should exercise its discretion to stay this action. See Rhines, 544 U.S. at 277 (stay and abeyance is available only in "limited circumstances" where habeas petitioner demonstrates good cause for failure to exhaust claims in state court and where unexhausted claims are not plainly meritless). Petitioner's Motion to Stay is therefore denied.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 19, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE