**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE CASTRO,<br><br>        Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | Case No. EDCV 15-1094 JAK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 19, 2016

                                        JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE